UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SHAWN SHEPARD,

                Plaintiff,            07 Civ. 11474

   against

                                        **ECF FILING**

DECHERT, LLP,                         **NOTICE OF APPEARANCE**

                Defendant.

------------------------------------- X

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Kathleen M. McKenna, Esq., of Proskauer Rose LLP as counsel in this case for defendant Dechert, LLP.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 22, 2008

                                                        Respectfully submitted,

                                                        /s/ Kathleen M. McKenna
                                                        Kathleen M. McKenna
                                                        PROSKAUER ROSE LLP
                                                        1585 Broadway
                                                        New York, New York  10036-8299
                                                        Telephone:   212.969.3000
                                                        Facsimile:    212.969.2900
                                                        kmckenna@proskauer.com

                                                        Attorneys for Defendant
                                                        Dechert, LLP