UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :
SHAWN SHEPARD,                                :
                                              :
                         Plaintiff,           :          07 Civ. 11474
                                              :
          against                             :
                                              :          **ECF FILING**
DECHERT, LLP,                                 :
                                              :          **NOTICE OF APPEARANCE**
                         Defendant.           :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To the Clerk of this Court and all parties of record:

Please enter the appearance of Ian C. Schaefer, Esq., of Proskauer Rose LLP as counsel

in this case for defendant Dechert, LLP.

I certify that I am admitted to practice in this Court.


Dated:  New York, New York
        January 22, 2008


                              Respectfully submitted,


                              /s/ Ian C. Schaefer_____
                              Ian C. Schaefer
                              PROSKAUER ROSE LLP
                              1585 Broadway
                              New York, New York  10036-8299
                              Telephone:    212.969.3000
                              Facsimile:    212.969.2900
                              ischaefer@proskauer.com

                              Attorneys for Defendant
                              Dechert, LLP