Jan-21-2008 12:03pm From-                                         T-065  P.002/002  F-510

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 3 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SHAWN SHEPARD,                        :      No. 07 Civ. 11474
                    Plaintiff,        :
                                      :      **STIPULATION**
- against -                           :
                                      :      ECF Case
DECHERT, LLP,                         :
                    Defendant.        :
------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, that the time for Defendant to answer, move, object, or otherwise respond to Plaintiff's Complaint shall be extended to and include March 3, 2008. This Stipulation may be executed by facsimile and filed with this Court as if it were an original.

Moreover, Defendant will not assert any defenses or make any motions disputing the service of process.

Dated: January 18, 2008                    Date: January 18, 2008
       New York, NY                              New York, NY

THE BOYD LAW GROUP, PLLC                   PROSKAUER ROSE LLP

By: _____              By: _____
    Patrick Boyd                                Kathleen M. McKenna
230 Park Avenue, Suite 1000                     Ian C. Schaefer
New York, NY 11501                         1585 Broadway
(212) 808-3054                             New York, NY 10036
                                           (212) 969-3000
*Attorneys for Plaintiff*                  *Attorneys for Defendant*

So Ordered:  JAN 2 3 2008
_____
Paul A. Crotty