UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SHAWN SHEPARD,                                   :

        Plaintiff,                                 :          No. 07 Civ. 11474 (PAC)

        v.                                               :          **DEFENDANT'S STATEMENT**
                                                                             **PURSUANT TO FRCP 7.1**
DECHERT, LLP,                                     :

                                                   :
        Defendant.
-------------------------------------------------------------- X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Dechert, LLP ("Dechert") (a private non-governmental party) certifies that Dechert has no parent corporation, and no corporation owns 10% or more of its stock.

Dated: New York, New York
       March 3, 2008

                                                                  PROSKAUER ROSE LLP

                                                                  By: /s/ Kathleen M. McKenna
                                                                        Kathleen M. McKenna
                                                                        Ian C. Schaefer
                                                           1585 Broadway
                                                           New York, New York 10036
                                                           (212) 969-3000
                                                           *Attorneys for Defendant*