```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 8 2008
```

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Ian C. Schaefer
Attorney at Law

Direct Dial 212.969.3563
ischaefer@proskauer.com

**MEMO ENDORSED**

September 5, 2008

**By Email and Fax**

The Honorable Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007-1312

Re:  Shawn Shepard v. Dechert, LLP, 07 Civ 11474 (PAC)

Dear Judge Crotty:

We represent Defendant Dechert, LLP ("Dechert") in the above-identified matter, and write on behalf of both parties to update the Court on the status of Plaintiff's deposition in this matter pursuant to your Order dated August 24, 2008.

Given the limited availabilities of the parties and counsel (particularly due to previously scheduled depositions in several pending matters), we were unable to find a mutually agreeable date for Plaintiff's deposition on or before September 15. Notwithstanding, the parties have conferred and were able to agree upon ~~Thursday~~ Wednesday, September 24, 2008, at 10:00 AM, at the offices of Proskauer Rose as the date upon which Plaintiff's deposition will go forward.

As such, and pursuant to this Court's Order, the parties request an adjournment of the Case Management Conference scheduled for Monday, September 15, 2008.

Respectfully submitted,

Ian C. Schaefer            Patrick J. Boyd

Application GRANTED. And the conference is adjourned to 9/25/08 at 3:15 pm in Courtroom 20-C

SO ORDERED: SEP 0 8 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE