```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 14, 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Shawn Shepard,

                   Plaintiff,

  -against-

Dechert, L.L.P.,
                   Defendant.
------------------------------------------------------------X

**07 Civ. 11474 (PAC)**
**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation and Order of Settlement upon receipt from either party. The Clerk of Court is directed to terminate any pending deadlines, future conferences and this case.

Dated: New York, New York
         May 14, 2009

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

1

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Ian C. Schaefer
Attorney at Law

Direct Dial 212.969.3563
ischaefer@proskauer.com

May 13, 2009

**By Email and Hand Delivery**

The Honorable Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York  10007-1312

Re:   <u>Shawn Shepard v. Dechert, LLP, 07 Civ 11474 (PAC)</u>

Dear Judge Crotty:

We represent Defendant Dechert, LLP ("Dechert") in the above-identified matter, and write on behalf of both parties to inform the Court that the parties have, in principle, reached an amicable resolution of the matter. As such, we write requesting an adjournment of the summary judgment briefing schedule *sin die*. Once the final agreement has been consummated, the parties shall promptly file with the Court a formal stipulation and withdrawal of this action with prejudice.

Both parties thank the Court for its attention to this matter.

Respectfully submitted,

Ian C. Schaefer

cc:    Patrick J. Boyd